710 A.2d 1008

IN THE MATTER OF ANDREW DRUCK,
AN ATTORNEY AT LAW.

April 29, 1998.

## ORDER

**ANDREW DRUCK** of **EDEN PRAIRIE, MINNESOTA,** who was admitted to the bar of this State in 1974, having pleaded guilty to a federal information filed in the United States District Court for the District of Minnesota, charging him with wire fraud, in violation of 18 *U.S.C.A.* §§ 1343 and 2, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **ANDREW DRUCK** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **ANDREW DRUCK** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **ANDREW DRUCK** comply with *Rule* 1:20–20 dealing with suspended attorneys.